UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM JOHNSON, JILL JOHNSON, BRIAN MASON, NAOMI MASON, AND SECOND AMENDMENT FOUNDATION, INC.<br>    Plaintiffs,<br><br>v.<br><br>NICK LYON, in his official capacity as Director of the Michigan Department of Health and Human Services,<br>    Defendant. | No. 2:17-CV-124<br><br>HON. PAUL L. MALONEY<br><br>MAG. TIMOTHY P. GREELEY |

| | |
|---|---|
| David G. Sigale<br>Attorney for Plaintiffs<br>Law Firm of David G. Sigale, P.C.<br>799 Roosevelt Rd., Ste. 207<br>Glen Ellyn, IL 60137<br>630-452-4547<br>dsigale@sigalelaw.com | Joshua S. Smith<br>Attorney for Defendant Nick Lyon<br>Michigan Department of Attorney General, HEFS Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>517-335-1238<br>Smithj46@michigan.gov |

**NOTICE OF SCREENING DEVICE**

To: The Court, All Parties, and their Attorneys:

**PLEASE TAKE NOTICE THAT**, pursuant to the Michigan Rule of Professional Conduct:

1. A potential or actual conflict of interest, or the appearance of a conflict of interest, exists in the above matter between (1) the Attorney General's Executive Team, the Solicitor General, and select Department staff, and (2) the Health, Education, and Family Services Division and select staff from the Solicitor General Division.

2. A screening notice has been sent to all Michigan Attorney General staff advising that a conflict wall has been established and identifying all divisions screened from this matter. The screening notice specifies the conduct appropriate to observe the conflict wall.

3. The relevant divisions within the Department are instructed to physically label all paper files relating to the screened matter and to place the file in a physically segregated area marked with special coding. The label identifies all other divisions who are screened from the file to clearly establish who may not view the contents of the file. Any computer or electronic files are likewise marked and access denied to any screened employees.

4. The procedures outlined above have been completed in this matter.

Respectfully submitted,

Bill Schuette
Attorney General

/s/ Aaron D. Lindstrom
Solicitor General
P.O. Box 30212
Lansing, MI 48909
517-241-8403
LindstromA@michigan.gov
[P72916]

Date: November 15, 2017