UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

NICK LYON,

    Defendant.

_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

## ORDER DENYING MOTION FOR ADMISSION *PRO HAC VICE* OF STEVEN E. OBUS

This matter is before the Court on the Motion for Admission Pro Hac Vice filed by Attorney Amanda C. Wiley for the admission of Attorney Steven E. Obus of the law firm of Proskauer Rose LLP (ECF No. 12). As stated in W.D. Mich. L.Civ.R. 83.1(c)(iii), this Court disfavors pro hac vice admission and prefers that all lawyers appearing before it become full members of the bar of the Court. Therefore,

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice (ECF No. 12) is DENIED. Attorney Obus may, however, appear on record and file papers in this case pending actual admission to practice in this Court pursuant to the terms of W.D. Mich. L.Civ.R. 83.1(e).

Dated: January 8, 2018

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge