UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM JOHNSON, ET AL., )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>NICK LYON, )<br>IN HIS OFFICIAL CAPACITY AS )<br>DIRECTOR OF THE MICHIGAN )<br>DEPARTMENT OF HEALTH & )<br>HUMAN SERVICES, )<br>    Defendant. )<br>    ) | No. 2:17-CV-124<br><br>HONORABLE PAUL L. MALONEY |

## ORDER

This matter is before the Court on motions by two nonparties for leave to file briefs *amicus curiae*. The National Association of Counsel for Children (NACC) seeks leave to file a brief supporting the Defendant's motion for summary judgment. (ECF No 10.) Michigan Attorney General Bill Schuette seeks leave to file a brief supporting the Plaintiffs. (ECF No. 27.) Additionally pending before the Court is a proposed stipulation and order granting Plaintiffs and Defendant leave to file responses to accepted amicus briefs. (ECF No. 32.)

While no rule governs the issue at the district court level, it is generally accepted as being within the district court's discretion to permit the filing of an amicus brief. *United States v. State of Michigan*, 940 F.2d 143, 165 (6th Cir. 1991). The role of an amicus is generally "to aid the Court in resolving doubtful issues of law rather than present a partisan view of the facts." *Dow Chemical Co. v. United States*, No. 00–CV–10331, 2002 WL 33012185, at *1 (E.D. Mich. May 24, 2002) (citation omitted).

After review of the proposed briefs by NACC and Attorney General Schuette, the Court concludes that the briefs do not raise issues other than those presented by the parties or the *amici* previously given leave to participate in the proceedings. While the Court appreciates the level of interest this matter has generated within the legal community, the matters pending before the Court have been ably briefed such that the proposed amicus briefs will not aid the Court in resolving the issues before it.

Therefore, NACC's motion (ECF No. 10) for leave to file a brief *amicus curiae* is **DENIED.** Attorney General Schuette's motion (ECF No. 27) for leave to file a brief *amicus curiae* is **DENIED.** The Court **REJECTS** the proposed stipulation (ECF No. 32) as unnecessary.

**IT IS SO ORDERED.**

**Date:** May 25, 2018 /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge