UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

**CASE CAPTION:** Johnson, et al v. Lyon

**Case Number:** 2:17-cv-124
**Date:** June 7, 2018
**Time:** 9:13 a.m. - 10:54 a.m.
**Place:** Kalamazoo
**Judge:** Paul L. Maloney

**APPEARANCES**

    Plaintiffs: David G. Sigale

    Defendant: Joshua Sean Smith and Jennifer LaChell-Arver Walker

**PROCEEDINGS**

    Nature of Hearing: Hearing on Defendant's motion to dismiss or, alternatively, for summary judgment (Dkt. #7); defendant to file supplemental brief by 6/28/2018, plaintiffs' response due 21 days from service of defendant's brief; opinion and order to issue

Court Reporter: Kathleen Thomas      Case Manager: Amy Redmond