UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, JILL JOHNSON, and
SECOND AMENDMENT FOUNDATION,
INC.,

    Plaintiffs,

v.

NICK LYON, in his official capacity as
Director of the Michigan Department of Health
and Human Services,

    Defendant.

No. 17-CV-00124-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**STIPULATION AND ORDER
TO EXTEND TIME FOR
DEFENDANT'S RESPONSE
TO PLAINTIFFS' 01/27/2020
AMENDED COMPLAINT
[ECF No. 80]**

---

David G. Sigale
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137
(630) 452-4547
dsigale@sigalelaw.com

---

Cassandra A. Drysdale-Crown (P64108)
Jennifer L. A. Walker (P73048)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
smithj46@michigan.gov
walkerj32@michigan.gov

    /

# STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' 01/27/2020 AMENDED COMPLAINT
## [ECF No. 80]

By agreement of the parties, due to the legal complexity of the instant matter and the schedule of the attorneys, the time for Defendant Robert Gordon[1] to file a responsive pleading shall be extended to February 24, 2020.

Stipulated to by:

Date: February 7, 2020                    /s/Cassandra A. Drysdale-Crown
                                          Cassandra A. Drysdale-Crown (P64108)
                                          Assistant Attorney General
                                          Attorney for Defendant
                                          Health, Education & Family
                                          Services Division
                                          P.O. Box 30758
                                          Lansing, MI 48909
                                          (517) 335-7603
                                          drysdalecrownc@michigan.gov


Date: February 7, 2020                    /s/ David G. Sigale
                                          David G. Sigale
                                          Attorney for Plaintiffs
                                          Law Firm of David G. Sigale, P.C.
                                          799 Roosevelt Road, Suite 207
                                          Glen Ellyn, IL 60137
                                          (630) 452-4547
                                          dsigale@sigalelaw.com

---

[1] This action was filed while Nick Lyon was the Director of the Michigan Health and Human Services. The current Director, Robert Gordon, is substituted here, pursuant to MCR 2.202(C)(5).

## **ORDER TO EXTEND TIME**

IT IS ORDERED that, pursuant to the stipulation between the parties, the time for Defendant Robert Gordon to file a responsive pleading to Plaintiffs' Amended Complaint shall be extended to February 24, 2020.

IT IS SO ORDERED.


Date: _____                    _____
                                         HON. PAUL L. MALONEY
                                         United States District Court Judge