UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, JILL JOHNSON, and
SECOND AMENDMENT FOUNDATION,
INC.,

    Plaintiffs,

v.

NICK LYON, in his official capacity as
Director of the Michigan Department of Health
and Human Services,

    Defendant.

No. 17-CV-00124-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' 01/27/2020 AMENDED COMPLAINT**

---

David G. Sigale
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road, Suite 207
Wheaton, IL 60187
 (630) 452-4547
dsigale@sigalelaw.com

---

Cassandra A. Drysdale-Crown (P64108)
Jennifer L. A. Walker (P73048)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
drysdalecrownc@michigan.gov
walkerj32@michigan.gov

---/

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' 01/27/2020 AMENDED COMPLAINT

By agreement of the parties, due to the legal complexity of the instant matter and the schedule of the attorneys, the time for Defendant Robert Gordon[1] to file a responsive pleading shall be extended 14 days to March 9, 2020.

Stipulated to by:

Date: February 24, 2020        /s/ Jennifer L.A. Walker
                               Jennifer L.A. Walker (P73048)
                               Assistant Attorney General
                               Attorney for Defendant
                               Health, Education & Family
                               Services Division
                               P.O. Box 30758
                               Lansing, MI 48909
                               (517) 335-7603
                               Walkerj32@michigan.gov


Date: February 24, 2020        /s/ David G. Sigale
                               David G. Sigale
                               Attorney for Plaintiffs
                               Law Firm of David G. Sigale, P.C.
                               430 West Roosevelt Road, Suite 207
                               Wheaton, IL 60187
                               (630) 452-4547
                               dsigale@sigalelaw.com

---

[1] This action was filed while Nick Lyon was the Director of the Michigan Health and Human Services. The current Director, Robert Gordon, is substituted here, pursuant to MCR 2.202(C)(5).

## **ORDER TO EXTEND TIME**

IT IS ORDERED that, pursuant to the stipulation between the parties, the time for Defendant Robert Gordon to file a responsive pleading to Plaintiffs' Amended Complaint shall be extended 14 days to March 9, 2020.

IT IS SO ORDERED.


Date: _____                    _____
                                         HON. PAUL L. MALONEY
                                         United States District Court Judge