UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, JILL JOHNSON, and
SECOND AMENDMENT FOUNDATION,
INC.,

    Plaintiffs,

v.

NICK LYON, in his official capacity as
Director of the Michigan Department of Health
and Human Services,

    Defendant.

No. 17-CV-00124-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' 01/27/2020 AMENDED COMPLAINT**

---

David G. Sigale
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road, Suite 207
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

---

Cassandra A. Drysdale-Crown (P64108)
Jennifer L. A. Walker (P73048)
Assistant Attorneys General
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
drysdalecrownc@michigan.gov
walkerj32@michigan.gov

                                                        /

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' 01/27/2020 AMENDED COMPLAINT

By agreement of the parties, due to the legal complexity of the instant matter and the schedule of the attorneys, the time for Defendant Robert Gordon[1] to file a responsive pleading shall be extended 14 days to March 9, 2020.

Stipulated to by:

Date: February 24, 2020

/s/ Jennifer L.A. Walker
Jennifer L.A. Walker (P73048)
Assistant Attorney General
Attorney for Defendant
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
Walkerj32@michigan.gov

Date: February 24, 2020

/s/ David G. Sigale
David G. Sigale
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road, Suite 207
Wheaton, IL 60187
(630) 452-4547
dsigale@sigalelaw.com

---

[1] This action was filed while Nick Lyon was the Director of the Michigan Health and Human Services. The current Director, Robert Gordon, is substituted here, pursuant to MCR 2.202(C)(5).

## ORDER TO EXTEND TIME

IT IS ORDERED that, pursuant to the stipulation between the parties, the time for Defendant Robert Gordon to file a responsive pleading to Plaintiffs' Amended Complaint shall be extended 14 days to March 9, 2020.

IT IS SO ORDERED.


Date: February 25, 2020              /s/ Paul L. Maloney
                                     HON. PAUL L. MALONEY
                                     United States District Court Judge