UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

                                        Case No. 2:17-cv-124

v.

                                        HONORABLE PAUL L. MALONEY

ROBERT GORDON,

    Defendant.

_____/

## ORDER SETTING RULE 16 SCHEDULING CONFERENCE BY TELEPHONE

The Rule 16 conference scheduled for **May 27, 2020, at 11:00 a.m.** will be conducted by telephone.  It shall be the responsibility of counsel for Plaintiffs to arrange the telephone conference with counsel for Defendant at Plaintiffs' expense.  All other provisions of the Court's previous order setting Rule 16 conference remain in effect.

    **IT IS SO ORDERED**.


Dated:  May 6, 2020                                                 /s/ Paul L. Maloney_____
                                                                Paul L. Maloney
                                                                United States District Judge