UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

ROBERT GORDON,

    Defendant.

_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

**ORDER GRANTING IN PART MOTION TO EXTEND DISCOVERY**

Pending before the Court is a joint motion by the parties for an extension of the discovery schedule (ECF No. 93). Upon due consideration of the motion by the Court, the Court will grant a more limited extension of the current schedule then requested by the parties. Accordingly,

**IT IS HEREBY ORDERED** that the for an extension of the discovery schedule (ECF No. 93) is GRANTED IN PART.

**IT IS FURTHER ORDERED** that the fact discovery deadline is extended to December 29, 2020. Plaintiffs' expert disclosure deadline is extended to February 22, 2021. Defendants' expert disclosures deadline is extended to April 21, 2021. Depositions of Defendants' expert shall occur by May 21, 2021. The deadline to file dispositive motions is extended to July 2, 2021.

Dated: November 20, 2020

   /s/ Paul L. Maloney
   Paul L. Maloney
   United States District Judge