REPORT FOLLOWING
VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 2:17-cv-00124-PLM | Johnson et al v Gordon et al | 10/07/2020 |

**PARTIES**   Attendees

| Name | On Behalf Of |
|---|---|
| William Johnson | Plaintiffs |
| Jill Johnson | Plaintiffs |
| Jeff Meaton, Attorney, DHHS | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| David G. Sigale | Plaintiffs |
| Cassandra A. Drysdale-Crown | Defendants |
| Jennifer L.A. Walker | Defendants |
| Trace E. Van den Bergh | Defendants |
|  |  |
|  |  |
|  |  |
|  |  |

Result:
☐ Case settled in full - Final paperwork will be filed by:
☑ Mediation continuing - Date of Next Session    12/29/20
☐ Not settled - Mediation Completed

Dated: November 23, 2020        /s/ Dale Ann Iverson
                                Dale Ann Iverson
                                Mediator

Rev'd 8/2005