UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

    Case No. 2:17-cv-124

ROBERT GORDON,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER FOR JOINT STATUS REPORT

The parties were scheduled to participate in a voluntary mediation session on December 29, 2020, but the Court has been advised by the mediator that the session did not occur as scheduled pursuant to the request of the parties. The parties shall file a **joint** status report detailing the status of this matter by **March 22, 2021**.

**IT IS SO ORDERED**.

Dated: March 11, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge