IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

WILLIAM JOHNSON, JILL JOHNSON, BRIAN MASON, NAOMI MASON, and SECOND AMENDMENT FOUNDATION, INC.,

Plaintiffs,

v.

ROBERT GORDON, in his official capacity as Director of the Michigan Department of Health and Human Services,

Defendant.

No. 2:17-CV-124-PLM-TPG

**JOINT STATUS REPORT**

As directed by the Court, the parties submit this Joint Status Report.

- The parties have been conducting discussions regarding the drafting of (A.) a revised Rule 400.9415 as well as the implementation of various training measures which, if they were to be enacted, would resolve Plaintiffs' Second Amendment claims, (B.) a settlement agreement which would include a resolution of Plaintiffs' claim for attorney's fees or an agreement to place said issue before the Court.

- The parties suggest a follow-up status report on or before April 30, 2021.

Dated: March 22, 2021

Respectfully submitted,

WILLIAM JOHNSON,
JILL JOHNSON, and
SECOND AMENDMENT
FOUNDATION, INC.

By: /s/ David G. Sigale
Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103 (IL))
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

ROBERT GORDON, Director of the
Michigan Department of Social
Services

By: /s/ Cassandra Drysdale-Crown
One of the Attorneys for
Defendant

Cassandra Drysdale-Crown (P64108)
Jennifer Walker (P73048)
Tracy Van den Bergh (P70066)
Assistants Attorney General
Health, Education & Family Services
Division
525 W. Ottawa St. Fl. 3
P.O. Box 30758
Lansing, MI 48909
517-335-7603/517-335-1152 Fax
DrysdaleCrownC@michigan.gov
WalkerJ32@michigan.gov
VandenBerghT@michigan.gov