UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

    Case No. 2:17-cv-124

ROBERT GORDON,

    HONORABLE PAUL L. MALONEY

    Defendant.

_____/

## ORDER FOR JOINT STATUS REPORT

The Court has reviewed the joint status report submitted by the parties on March 22, 2021 (ECF No. 97). The parties shall file an updated joint status report detailing the status of this matter by **April 30, 2021**.

**IT IS SO ORDERED**.

Dated: March 23, 2021            /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge