UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

ROBERT GORDON,

    Defendant.

_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

## ORDER FOR JOINT STATUS REPORT

The Court has reviewed the joint status report submitted by the parties on April 30, 2021 (ECF No. 100).  The parties shall file an updated joint status report detailing the status of this matter by **June14, 2021**.

    **IT IS SO ORDERED**.

Dated:  May 3, 2021

   /s/ Paul L. Maloney_____
Paul L. Maloney
United States District Judge