UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, JILL JOHNSON, and
SECOND AMENDMENT FOUNDATION,
INC.,

    Plaintiffs,

v.

NICK LYON, in his official capacity as
Director of the Michigan Department of Health
and Human Services,

    Defendant.

No. 17-CV-00124-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

David G. Sigale (Atty ID#6238103 (IL))
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road, Suite 207
Wheaton, IL 60187
 (630) 452-4547
dsigale@sigalelaw.com

Cassandra A. Drysdale-Crown (P64108)
Assistant Attorney General
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
drysdalecrownc@michigan.gov
walkerj32@michigan.gov
_____/

**JOINT STATUS REPORT**

As directed by the Court, the parties submit this Joint Status Report.

The parties have been conducting the following discussions, which if enacted would resolve Plaintiffs' Second Amendment Claims against State Defendant.

1. The drafting and implementation of a revised Rule 400.9415.

2. Implementation of various training measures.

3. A settlement agreement which would include a resolution of Plaintiffs' claim for attorney's fees or an agreement to place said issue before the Court.

Plaintiff and State Defendant approved revisions to Rule 400.9415, and State Defendant is currently promulgating this Rule.

The parties suggest a follow-up status report on or before July 14, 2021.

| | |
|---|---|
| Date: June 11, 2021 | /s/ Cassandra A. Drysdale-Crown<br>Cassandra A. Drysdale-Crown (P64108)<br>Assistant Attorney General<br>Attorney for Defendant<br>Health, Education & Family<br>Services Division<br>P.O. Box 30758<br>Lansing, MI 48909<br>(517) 335-7603<br>drysdalecrownc@michigan.gov |
| Date: June 14, 2021 | /s/ David G. Sigale<br>David G. Sigale (Atty ID#6238103 (IL))<br>Attorney for Plaintiffs<br>Law Firm of David G. Sigale, P.C.<br>430 West Roosevelt Road, Suite 207<br>Wheaton, IL 60187<br>(630) 452-4547<br>dsigale@sigalelaw.com |

2