UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

      Plaintiffs,                    Case No. 2:17–cv–124

v.                               Hon. Paul L. Maloney

ELIZABETH HERTEL,

      Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The In Person Status Conference set in this matter for **July 8, 2021** is hereby **CANCELLED.**

                                U.S. Magistrate Judge

Dated:  July 6, 2021        By:     /s/ C. A. Moore
                                              Courtroom Deputy