UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

ELIZABETH HERTEL,

    Defendant.
_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION TO STAY PROCEEDINGS**

Pending before the Court is a joint motion to stay proceedings (ECF No. 108). The parties request a Stay of proceedings in order to allow for completion of the terms of the settlement agreement, which includes, among other things, the amendment of Michigan Department of Health and Human Services Rule 400.9415. The parties assert the amended rule is in the promulgation process which could take a few months. Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion to stay proceedings (ECF No. 108) is GRANTED.

**IT IS FURTHER ORDERED** that this case is STAYED. The parties shall file a joint status report, detailing the status of this case, by **November 1, 2021**.

Dated: July 7, 2021

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge