UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

      Plaintiffs,         Case No. 2:17–cv–124

v.        Hon. Paul L. Maloney

ELIZABETH HERTEL,

      Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The Settlement Conference set in this matter for **November 15, 2021** is hereby **adjourned without date.** A settlement conference may be scheduled once the stay is lifted.

       U.S. Magistrate Judge

Dated:  August 13, 2021      By:  /s/ C. A. Moore
                                                         Courtroom Deputy