UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

ELIZABETH HERTEL,

    Defendant.

_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

## ORDER FOR JOINT STATUS REPORT

The Court has reviewed the joint status report submitted by the parties on November 1, 2021 (ECF No. 112). The parties shall file an updated joint status report detailing the status of this matter by **January 31, 2022**.

    **IT IS SO ORDERED**.


Dated:  November 2, 2021                               /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge