UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

ELIZABETH HERTEL,

    Defendant.

_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

## ORDER FOR JOINT STATUS REPORT

The Court has reviewed the joint status report submitted by the parties on March 11, 2022, (ECF No. 116). The parties shall file an updated joint status report detailing the status of this matter by **May 31, 2022**.

**IT IS SO ORDERED**.

Dated: March 15, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge