UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, JILL JOHNSON, and
SECOND AMENDMENT FOUNDATION,
INC.,

    Plaintiffs,

v.

NICK LYON, in his official capacity as
Director of the Michigan Department of Health
and Human Services,

    Defendant.

No. 17-CV-00124-PLM-MV

HON. PAUL L. MALONEY

MAG. MAARTEN VERMAAT

**JOINT STATUS REPORT**

David G. Sigale (Atty ID# 6238103 (IL))
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

Cassandra A. Drysdale-Crown (P64108)
Assistant Attorney General
Attorneys for Defendant
Michigan Department of Attorney General
Health, Education & Family Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
drysdalecrownc@michigan.gov
walkerj32@michigan.gov
    /

## **JOINT STATUS REPORT**

As directed by the Court, the parties submit this Joint Status Report.

The parties continue efforts to reach settlement to resolve Plaintiff' Second Amendment claims against State Defendant. Current efforts include:

1. The drafting and promulgation of a revised Foster Family Homes and Foster Family Group Homes Rule 400.9415 (Rule 415).
2. Implementation of various training measures.
3. A settlement agreement which would include a resolution of Plaintiffs' claim for attorney's fees or an agreement to place said issue before the Court.

The Amended Rule 415 – as approved by Plaintiffs and State Defendant – is one of the 42 amended rules awaiting promulgation within the Michigan Foster Family Homes and Foster Family Group Homes rule set. For reasons not involving Rule 415, the Michigan Department of Health and Human Services (MDHHS) temporarily withdrew this rule set from pending promulgation after review by the Joint Committee on Administrative Rules (JCAR). JCAR "consists of 5 members of the senate and 5 members of the house of representatives". MCL 24.235. MDHHS anticipates resubmitting this rule set in November 2022 in accord with the Michigan Administrative Procedures Act, MCL 24.201, *et seq*.

Considering MDHHS intends to resubmit the amended Michigan Foster Family Homes and Foster Family Group Homes Rules, including Rule 415, the parties suggest a follow-up status report deadline of July 31, 2022.

Date: May 31, 2022 /s/ Cassandra A. Drysdale-Crown
Cassandra A. Drysdale-Crown (P64108)
Assistant Attorneys General
Attorney for Defendant
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
drysdalecrownc@michigan.gov

Date: May 31, 2022 /s/ David G. Sigale
David G. Sigale (Atty ID# 6238103 (IL))
Attorney for Plaintiffs
Law Firm of David G. Sigale, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

3