UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

    Case No. 2:17-cv-124

ELIZABETH HERTEL,

    HONORABLE PAUL L. MALONEY

    Defendant.

_____/

**ORDER FOR JOINT STATUS REPORT**

The Court has reviewed the joint status report submitted by the parties on May 31, 2022, (ECF No. 118). The parties shall file an updated joint status report detailing the status of this matter by **August 1, 2022**.

    **IT IS SO ORDERED**.

Dated:  June 2, 2022

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge