UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, et al.,

    Plaintiffs,

v.

ELIZABETH HERTEL,

    Defendant.

_____/

Case No. 2:17-cv-124

HONORABLE PAUL L. MALONEY

## ORDER LIFTING STAY

The Court has reviewed the joint status report submitted by the parties on December 2, 2022 (ECF No. 124). Upon its review of the report and the record for this case, the Court finds the parties have cited the different stages of a proposed revision to Foster Family Homes and Foster Family Group Homes Rule 400.9415 (Rule 415), among other efforts to settle this case, dating back to March 22, 2021 (Status Report, ECF No. 97). The amended rule, however, still awaits promulgation within the Michigan Legislature. As such, the Court believes the time has come to lift the Stay and establish a deadline for filing dispositive motions. Accordingly,

**IT IS HEREBY ORDERED** that the Stay is lifted. The deadline to file dispositive motions is **April 28, 2023**.

Dated:  December 12, 2022

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge