UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM JOHNSON, *et al,*

    Plaintiffs,

v.

ELIZABETH HERTEL

    Defendant.

Case No. 2:17-cv-00124

HON. PAUL L. MALONEY

**STIPULATED ORDER OF DISMISSAL**

---

| | |
|---|---|
| David G. Sigale (Atty. ID#6238103 (IL)) | Neil Giovanatti (P82305) |
| LAW FIRM OF DAVID G. SIGALE, P.C. | Assistant Attorney General |
| Attorney for Plaintiffs | Attorney for Defendant |
| 430 West Roosevelt Road | MI Dep't of Attorney General |
| Wheaton, IL 60187 | Health, Education & Family Services |
| 630.452.4547 | P.O. Box 30758 |
| dsigale@sigalelaw.com | Lansing, MI 48909 |
| | (517) 335-7603 |
| | giovanattin@michigan.gov |

---

**STIPULATED ORDER OF DISMISSAL**

    The parties to this action, through their respective attorneys of record, stipulate and agree as follows:

    1.    Plaintiffs' action challenged Michigan Administrative Rule 400.9415(3) ("the Rule"), arguing that the Rule violated their Second and Fourteenth Amendment rights. The Rule was recently amended on June 9, 2023.

    2.    Following discussions between the parties, and the Rule's aforesaid amendment, the parties reached an agreement to resolve this matter.

3. Accordingly, the parties stipulate to the dismissal of this case with prejudice.

IT IS HEREBY ORDERED that, pursuant to the settlement between the parties, all claims in the above-titled action are dismissed with prejudice and without attorneys' fees or costs to any party.

Dated: June __, 2023

_____
Paul L. Maloney
United States District Judge

IT IS SO STIPULATED:

Dated: June 13, 2023         */s/ David G. Sigale*
                             David G. Sigale (Atty. ID# 6238103 (IL))
                             Attorney for Plaintiffs

Dated: June 13, 2023         */s/ Neil Giovanatti*  (with permission)
                             Neil Giovanatti (P82305)
                             Attorney for Defendant